BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 3:09-MJ-00082-CMK |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING PRELIMINARY |
| ANTONIO GUERRERO, and ) | EXAMINATION |
| FRANCISCO GARIN, ) | |
| ) | |
| Defendant(s). ) | |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Paul A. Hemesath, counsel for the plaintiff, and defendant ANTONIO GUERRERO, by and through his counsel Rachelle Barbour, that good cause exists to extend the preliminary examination currently set for December 31, at 10:30 a.m. to January 8, 2010, at 2 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

///
///
///
///

Good cause exists to extend the time for the preliminary examination within the meaning of Rule 5.1(d) because of conflicting schedules and preparation issues, and because both parties have provided their consent to such extension of time.

DATED: December 30, 2009          /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Attorney for Defendant
                                  ANTONIO GUERRERO

DATED: December 30, 2009          /s/ Paul A. Hemesath
                                  PAUL A. HEMESATH
                                  Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, IT IS HEREBY ORDERED THAT:

1. The Court finds good cause to extend the Preliminary Examination currently set for December 31, 2009, at 10:30 a.m. to January 8, 2010, at 2:00 p.m. pursuant to Federal Rule of Criminal Procedure 5.1(d).

DATED:   December 30, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2